■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SYLVESTER ADAMS, Defendant.— Motion by defendant to vacate order dated May 21, 1951, dismissing his appeal from a judgment of conviction; and for other relief. Motion denied. It appears that prior to said dismissal defendant had not moved to dispense with printing or for leave to prosecute the appeal as a poor person (cf. People v. Curry, 14 A D 2d 564). Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. WILLIAM BLAKE, Defendant.— Motion by defendant to vacate order dated April 12, 1957, dismissing his appeal from a coram nobis application; and for other relief. Motion denied. It appears that prior to such dismissal defendant had not moved to dispense with printing or for leave to prosecute the appeal as a poor person (cf. People v. Curry, 14 A D 2d 564). Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of PATRICIA FRANKLIN, Respondent-Appellant, v. JAMES E. COLANERI, Appellant-Respondent.— Motion by complainant to dismiss defendant's appeal denied on condition: (1) that defendant perfect his appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962 (appeal ordered on the calendar for said term); and (2) that, within 15 days after entry of the order hereon, defendant shall file an undertaking for $500, with corporate surety, to pay the sums directed to be paid by the order appealed from in the event such order be affirmed in whole or in part, or in the event the appeal therefrom be dismissed. The appeal will be heard on the original papers (including the typed minutes) and on typewritten briefs, which should contain a copy of the opinion, if any, rendered by the court below. Six copies of defendant's typewritten brief as appellant must be filed, and one copy served, on or before August 1, 1962. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent, v. JOAN LUPO et al., Appellants.— Motion by respondent to dismiss appeal from order on the ground that appellants waived their right to appeal from such order by reason of their appeal from a subsequent order denying their motion for rehearing or reargument. Motion to dismiss appeal denied, with leave to renew on the argument of the appeal. Both appeals should be heard together on one record. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ JOHN DESIDERIO et al., Respondents, v. CHAIN LOCATIONS OF AMERICA, INC., Appellant.— In an action to recover rent for two months pursuant to a lease entered into between the parties, in which defendant asserted two separate affirmative defenses, defendant appeals from a judgment of the Supreme Court, Queens County, entered November 13, 1961 in favor of plaintiffs for $686.35 and dismissing defendant's said affirmative defenses, upon an inquest taken before the court when defendant's counsel withdrew from the case after the court had denied his application for a two months' adjournment. Judgment affirmed, with costs. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.